# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043       For payments Only:
    Trustee                Facsimile: (518) 449-2473       P.O Box 1918
**Bonnie Baker, Esq.**                                      Memphis, TN 38101-1918
    Assoc. Attorney

November 16, 2010

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:    06-11342            Lamar E. Aiken

To Whom It May Concern:

    Enclosed please find check #810468 in the amount of $70.51. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

    Claim No.        11

    Account#         4431186000380374/148

    Creditor         Nco Fin. Systems Inc.
                     POB 41567
                     Philadelphia, PA 19101

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli